1  COOPER LEVENSON, P.A.
   1125 Atlantic Avenue
2  Atlantic City, NJ 08401
   (609) 344-3161; Fax: (609) 344-0939
3  Eric A. Browndorf, Esq. (Pro Hac Vice)
   William P. Rubley, Esq. (Pro Hac Vice)
4  ebrowndorf@cooperlevenson.com
5  wrubley@cooperlevenson.com

6  LESLIE COHEN LAW, PC
   1615-A Montana Avenue
7  Santa Monica, CA 90403
   (310) 394-5900; Fax: (310) 394-9280
8  Leslie Cohen, Esq. (93698)
   leslie@lesliecohenlaw.com
9

10 Attorneys for GIBF GP, INC.

11

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSHAD ASSOFI, an individual | Case Number: 2:22-cv-8313 |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| DONALD BASILE, an individual, GIBF GP, INC. d/b/a BITCOIN LATINUM, a Delaware corporation, and DOES 1 through 10, | Date: January 9, 2023<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D, 9th Floor<br>Judge: District Court Judge George H. Wu and Magistrate Judge Charles F. Eick |
| Defendants. | Zoom Webinar Information<br>https://cacd-uscourts.zoomgov.com/j/1612258543?pwd=UGN0RTBNaFRuemtGem1ub25wOENzZz09<br>Telephone: (669) 254-5252<br>Webinar ID: 161 225 8543<br>Passcode: 323145 |

Page **1** of **2**

Case No.: 2:22-cv-8313       DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO
                             RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that on **January 9, 2023, at 8:30 a.m**. or as soon thereafter as the matter may be heard in the above Court located at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 9D, 9th Floor, Defendant GIBF GP, INC. ("Defendant") will and hereby does move the Court for an Order dismissing Plaintiff Arshad Assofi's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the parties executed a valid agreement to submit each of the disputes contained in the Complaint to binding arbitration in Delaware. This motion is based on this notice, the Motion to Dismiss, the Certification of Counsel on file [Docket No. 19] filed contemporaneously herewith, and any oral argument of counsel at the hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to L.R. 7-9, each opposing party shall, not later than twenty-one (21) days before the date designated for the hearing of the motion, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion. Evidence presented in all opposing papers shall comply with the requirements of L.R. 7-6, 7-7 and 7-8.

|  |  |
|---|---|
|  | LESLIE COHEN LAW, PC & COOPER LEVENSON, P.A. |
| Dated:  November 29, 2022 | /s/ Eric A. Browndorf |
|  | By:   Eric A. Browndorf, Esq. (Pro Hac Vice) William P. Rubley, Esq. (Pro Hac Vice) ebrowndorf@cooperlevenson.com wrubley@cooperlevenson.com 1125 Atlantic Avenue Atlantic City, NJ 08401 (609) 344-3161; Fax: (609) 344-0939 Attorneys for GIBF GP, INC. |

Page **2** of **2**

Case No.: 2:22-cv-8313    DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed at Leslie Cohen Law PC. My business address is 1615-A Montana Avenue, Santa Monica, CA 90403.

On November 29, 2022, I served the foregoing document(s) described as:

**DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

on the interested parties in this action as stated on the attached mailing list.

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

☐ BY UNITED STATES MAIL: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ BY OVERNIGHT DELIVERY: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. **DELIVERY BEFORE 12PM**

☐ BY ELECTRONIC MAIL: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

☐ BY FACSIMILE: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

☐ BY MESSENGER SERVICE: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2022, at Santa Monica, California.

| Jessica Spagnoli | /s/ Jessica Spagnoli |
|---|---|
| (Type or print name) | (Signature) |

BY NEF
Brianna Dahlberg
bdahlberg@romeandassociates.com,dahlia@romeandassociates.com,paralegal@romeandassociates.com
Eugene Rome
erome@romeandassociates.com,csimundac@romeandassociates.com,jdelafuente@romeandassociates.com,dahlia@romeandassociates.com,eugeneromelaw@gmail.com


BY OVERNIGHT DELIVERY

Hon. George H. Wu
United States Courthouse
350 West 1st Street
Courtroom 9D, 9th Floor
Los Angeles, CA, 90012