| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Rome & Associates, A.P.C.<br>Eugene Rome (SBN 232780)<br>erome@romeandassociates.com<br>Brianna Dahlberg (SBN 280711)<br>bdahlberg@romeandassociates.com<br>2029 Century Park East, Suite 450<br>Los Angeles, CA 90067<br>Telephone: (310) 282-0690<br>ATTORNEY(S) FOR: Plaintiffs ARSHAD ASSOFI; ASSOFI, INC. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSHAD ASSOFI, an individual and ASSOFI, INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br>DONALD BASILE, an individual, GIBF GP, Inc. d/b/a BITCOIN LATINUM, a Delaware corporation, and DOES 1 through 10<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-08313<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs ARSHAD ASSOFI and ASSOFI, INC._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ARSHAD ASSOFI, an individual | Plaintiff |
| ASSOFI, INC., a California corporation | Plaintiff |
| DONALD BASILE, an individual | Defendant |
| GIBF GP, Inc. d/b/a BITCOIN LATINUM, a Delaware corporation | Defendant |
| DOES 1 through 10 | Defendant |

December 16, 2022                         /s/ Eugene Rome
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs ARSHAD ASSOFI and ASSOFI, INC.