Exhibit F





















7:52

**Bitcoin Latinum: LTNM**
bitcoinlatinum

He will steal All our money ????

That's not right

He will pay for it



Message...









