**ROME LLP**
Eugene Rome (SBN 232780)
erome@romellp.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romellp.com
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Plaintiffs
ARSHAD ASSOFI and
ASSOFI, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSHAD ASSOFI, an individual and ASSOFI, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD BASILE, an individual, GIBF GP, Inc. d/b/a BITCOIN LATINUM, a Delaware corporation. GIBF GP (CAYMAN ISLANDS), LTD, a Cayman Islands corporation, MONSOON BLOCKCHAIN CORPORATION, a Delaware corporation, JDLB RITZ MIAMI LLC, a Delaware corporation, JEAN LUXE, INC., a Delaware corporation, CHRISTOPHER BASILE, an individual, JODEE LEMON, an individual, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-cv-8313-GW-E<br><br>**STIPULATION RE: ARBITRATION** |

Plaintiffs Arshad Assofi and Assofi, Inc. (together, "Plaintiffs") and Defendants Donald Basile ("Donald"), GIBF GP, Inc. ("GIBF"), GIBF GP (Cayman Islands), LTD ("GIBF CI"), Monsoon Blockchain Corporation ("Monsoon"), Christopher Basile ("Christopher") (collectively, "Defendants"), and dismissed Defendants JDLB Ritz Miami LLC, Jean Luxe, Inc., and Jodee Lemon ("Dismissed Defendants," together with Defendants and Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs' claims in the Second Amended Complaint ("SAC") against Donald, GIBF, GIBF CI, and Christopher shall be submitted to binding arbitration in Delaware before a single arbitrator in accordance with the rules and procedures of Judicial Arbitration and Mediation Services ("JAMS");

2. Neither Monsoon nor the Dismissed Defendants shall be a participant in the arbitration;

3. Plaintiffs agree to voluntarily dismiss this action in its entirety as to all remaining Defendants without prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a), conditioned upon the Court's entry of an Order approving the terms of this Stipulation. Each Party shall bear its/his/her own attorneys' fees and costs with respect to this Action but the participating parties shall be permitted to seek recovery in the arbitration of such attorneys' fees and costs with respect to this Action through the entry of the corresponding Order, to the extent such remedies are available on the Parties' substantive claims;

4. Plaintiffs, on the one hand, and Monsoon and the Dismissed Defendants, on the other, agree that the statutes of limitations or other time-based defenses applicable to Plaintiffs' claims shall be deemed tolled from the date of execution of this stipulation until the conclusion of the arbitration.

5. Plaintiffs, on one hand, and Defendants, on the other hand, agree that they shall refrain from filing any new actions against one another other than those which are either already being arbitrated before JAMS, or will be filed with JAMS under this

Stipulation, until such time that the arbitration proceedings are finally resolved on the merits. For the avoidance of any doubt, Plaintiffs agree to refrain from filing claims in any forum against Monsoon and/or any or all of the Dismissed Defendants until such time that the arbitration proceedings are finally resolved on the merits. However, should Plaintiffs discover in the arbitration that they have valid direct claims against Monsoon, JDLB Ritz Miami, LLC, Jean Luxe, Inc. and/or Jodee Lemon under the affirmative arbitration claims, rather than solely as recipients of fraudulently conveyed funds, Plaintiffs shall have the right to either bring claims against them in the arbitration or in a court of competent jurisdiction. Monsoon and the Dismissed Defendants shall retain all rights and defenses, including but not limited to jurisdictional defenses. Nothing in this Stipulation shall prevent any Party from seeking interim or provisional relief from the arbitrator or a court as permitted under the JAMS Rules;

6. In accordance with the Court's Minute Order of October 18, 2023 (ECF No. 150) the Parties jointly request the Court to administratively close this case but retain jurisdiction to reopen the matter at the request of any Party for any further necessary proceedings;

7. In consideration for the mutual agreements and promises set forth above, the Parties agree that they (and their respective representatives) will not make any statements to the public or third parties conveying or implying that this case or its claims have been resolved on the merits until a final award has been entered in the arbitration;

8. By virtue of entering into this stipulation, the Parties do not waive and expressly reserve all of their respective rights, claims, and defenses, including Plaintiffs' rights to challenge the validity or enforceability of the Simple Agreement for Future Tokens ("SAFT"), and Defendants Christopher, GIBF CI and Monsoon shall not be deemed to have generally appeared or consented to this Court's jurisdiction as a result of entering into this Stipulation.

///

///

**IT IS SO STIPULATED.**

Dated: October 31, 2023    ROME LLP

By: /s/ Brianna Dahlberg

BRIANNA DAHLBERG
Attorneys for Plaintiffs
ARSHAD ASSOFI and ASSOFI, INC.

Dated: October 31, 2023    COOPER LEVENSON, P.A.

By: /s/ Eric A. Browndorf

ERIC A. BROWNDORF

Attorneys for Defendants
DONALD BASILE and GIBF GP, INC.

Dated: October 31, 2023    VENABLE LLP

By: /s/ Bryan Weintrop

BRYAN WEINTROP

Attorneys for Defendants
GIBF GP (CAYMAN ISLANDS) LTD, MONSOON BLOCKCHAIN CORPORATION, CHRISTOPHER BASILE, and dismissed Defendants JDLB RITZ MIAMI, LLC, JEAN LUXE, INC. and JODEE LEMON

# SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

Dated:  October 31, 2023

By:  /s/    *Brianna Dahlberg*
Brianna Dahlberg